126

## STANDOAK v. STATE.
### No. 25125.

Court of Criminal Appeals of Texas.
Jan. 31, 1951.

No attorney on appeal, for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

**WOODLEY, Commissioner.**

Upon a plea of guilty before the court, a jury being waived, appellant was adjudged guilty and assessed a fine of $25.

There are no bills of exception found in the record.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the Court.

No attorney on appeal, for appellant. George P. Blackburn, State's Atty., of Austin, for the State.

**BEAUCHAMP, Judge.**

Appellant was assessed a penalty of ten years in the penitentiary on a charge of cattle theft. He has filed with this Court an affidavit asking that his appeal be dismissed. We find the same in due form and the appeal is accordingly dismissed.